```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 03997
   JOHNNIE L BOSWELL JR
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-3000

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 03/07/2007 and was confirmed 07/25/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 12/12/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
CHASE MANHATTAN MORTGAGE  CURRENT MORTG         .00            .00           .00
CHASE MANHATTAN MORTGAGE  MORTGAGE ARRE         .00            .00           .00
COOK COUNTY TREASURER     SECURED               .00            .00           .00
AFNI INC                  UNSEC W/INTER  NOT FILED             .00           .00
CAPITAL ONE               UNSEC W/INTER      441.25            .00           .00
HSBC NV                   UNSEC W/INTER  NOT FILED             .00           .00
NAVY FEDERAL CREDIT UNIO  UNSEC W/INTER         .00            .00           .00
NICOR GAS                 UNSEC W/INTER         .00            .00           .00
RMI/MCSI                  UNSEC W/INTER      250.00            .00           .00
CHASE HOME FINANCE LLC    NOTICE ONLY    NOT FILED             .00           .00
NAVY FEDERAL CREDIT UNIO  CURRENT MORTG         .00            .00           .00
NAVY FEDERAL CREDIT UNIO  MORTGAGE ARRE     5186.27            .00        282.45
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      2,464.00                     2,464.00
TOM VAUGHN                TRUSTEE                                         203.55
DEBTOR REFUND             REFUND                                             .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                2,950.00

PRIORITY                                         .00
SECURED                                       282.45
UNSECURED                                        .00
ADMINISTRATIVE                              2,464.00
TRUSTEE COMPENSATION                          203.55
DEBTOR REFUND                                    .00
                      ---------------    ---------------
TOTALS                 2,950.00             2,950.00


                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 03997 JOHNNIE L BOSWELL JR
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                                   /s/ Tom Vaughn

Dated: 03/27/08                       _____
                                                  TOM VAUGHN
                                                  CHAPTER 13 TRUSTEE